UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADRIENNE C. STEWART,

                Plaintiff,                                  Civil Action No.:
                                                                      1:16-cv-06208-JPO

  - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.                              **ORDER**

-----------------------------------------------------------X

       The Court, having read the memorandum and affirmation of Charles E. Binder, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto,

       **IT IS ORDERED** that attorney's fees in the amount of $18,208.00, which represents 25% of the past due benefits awarded to Plaintiff, be remitted to Charles E. Binder, petitioner. Upon receipt of this sum, counsel for Plaintiff is directed to remit to Plaintiff $5,808.26, which represents the previously awarded Equal Access to Justice Act fees.

The Clerk of Court is directed to close the motion at Docket Number 14.

DATED: April 10, 2020

                                                                                      _____
                                                                                         J. PAUL OETKEN
                                                                                     United States District Judge